# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHERIF OSMAN,

          Plaintiff,

-against-

INTERNATIONAL CRIMINAL POLICE ORGANIZATION, THE ARAB INTERIOR MINISTERS COUNCIL, EGYPT, ADBEL FATTAH EL-SISI, UNITED ARAB EMIRATES, AHMED NASSER AL-RAISI, SAIF BIN ZAYED AL NAHYAN, ISMAIL ALI MADANI, and JOHN DOES 1-4

          Defendants.

**AFFIDAVIT OF PLAINTIFF SHERIF OSMAN**

SHERIF OSMAN, being duly sworn, deposes and says:

1. I make this affidavit in support of my Complaint. The contents of this affidavit are based on my personal knowledge or investigation.

2. I was born in Egypt in 1976. In 1998, I graduated from Egypt's military academy and began my career as a military cadet. I served as an Egyptian air force captain for the next seven years. As I rose through the ranks, I grew disheartened from the wrongdoing I witnessed at the highest levels of Egypt's armed forces. By the time I was 28 years old, I was serving as an air force captain, which gave me an inside view of the corruption within Egypt's government and bureaucracy, including misuse of government funds by senior officials.

3. In December 2004, I traveled to the United States to attend a military-sponsored English language course. I have never returned to Egypt.

4. I became a United States citizen on April 30, 2013. I am still an Egyptian citizen despite my efforts to abandon my citizenship.

1

5. I use my YouTube channel, @SherifOsmanClub, to post videos criticizing Abdel Fattah el-Sisi and members of his family and the corruption and abuses within Egypt's government. I began posting such videos in 2011. I aired claims about the relocation of government money and gold to the Bahamas as well as allegations concerning judges who were bribed or illegally jailed.

6. In the period between August 30, 2022 and October 31, 2022, I posted 31 videos on my YouTube channel calling for peaceful protests in Egypt during President Biden's visit to attend the November 2022 United Nations Climate Change Conference ("COP27") (the "COP27 Video Series"). I saw COP27 as an opportunity to gather protesters because it attracted global participants and attention, so I believed that Egypt would be measured in its response to protest.

7. The number of threats I received online grew exponentially in response to the COP27 Video Series; I received an increasing number of death threats and threats of violence after each COP27 video that I posted. For example, countless individuals sent me direct messages threatening that I would end up like Hisham Ashmawy, a former Egyptian officer who, at the direction of the Egyptian government, was arrested in Libya, extradited to Egypt, sentenced to death, and hanged for terrorism charges. I also received threats that I would be kidnapped or stabbed in the back.

8. The final COP27 Video Series video that I posted on October 31, 2022 struck a particular chord with Egypt and started a series of events that led to my kidnapping.

9. My sister moved to Dubai from Egypt in 2006. On at least four occasions between 2014 and 2022, I traveled safely to Dubai to visit my mother and sister without issue.

2

10. On November 2, 2022, my fiancée Saija Virta and I departed Logan Airport in Boston, Massachusetts with Dubai as our ultimate destination. As far as I knew, only those involved in my travel plans knew the details of my trip.

11. During a layover in Amsterdam, I left the airport to meet friends for coffee. I was never stopped, questioned, or detained, and was never notified of or questioned in relation to any Red Notices issued by International Criminal Police Organization ("Interpol") or Arab Interior Ministers Council ("AIMC").

12. Virta and I arrived in Dubai on November 4, 2022. My mother, a 72-year-old retired military doctor who lives in Egypt, planned to join me, my sister, and Virta in Dubai. On November 4, 2022, her ticket was cancelled and she was inexplicably banned from leaving Egypt.

13. Interpol and AIMC issued Red Notices to law enforcement in the United Arab Emirates ("UAE") to locate and imprison me at Egypt's direction. Egypt and el-Sisi requested my extradition. Egypt and el-Sisi colluded with Interpol, AIMC, UAE, UAE law enforcement, Saif Bin Zayed Al Nahyan, and Ahmed Nasser Al-Raisi.

14. On November 6, 2022, two unknown men in plainclothes approached me while I stood outside of a restaurant with my family after lunch. One man stopped on my left side. The other stood on my right side and asked for my name. One man displayed Dubai Police identification but did not identify himself or explain why he approached me. The other man grabbed my arm and did not release it, restricting my ability to flee or free myself. I tried to get away and said I needed to retrieve my passport from the car. One of the men told me I had to go with them and threatened not to make a scene or "things will get worse for you." The two men then escorted me into an unmarked car against my will.

15. The two men placed me in the back of an unmarked vehicle and activated the child safety locks. A surveillance camera recorded the backseat of the vehicle. One of the men sat in the rear of the car with me. The men instructed me to turn off my phone and immediately confiscated it, placing it out of my reach under an armrest. I pleaded for information but the men did not provide any and told me that "going home was not a guarantee." They did not provide an arrest warrant, an explanation for my abduction, or any further information.

16. The men then handcuffed me and brought me into a Dubai law enforcement building. They brought me into a room marked "Interpol Headquarters" on the door in Arabic. Inside, one wall had a large Interpol logo. I was photographed in front of the Interpol logo.

17. I was taken to and seated in another room surveilled by three officers. I was told not to leave the room. On one officer's phone, I saw a screenshot photograph of me from one of my YouTube videos posted in or around 2021.

18. I desperately pled for information for hours. The two officers who initially took me finally told me that an Interpol Red Notice had been issued against me and Egyptian authorities requested my extradition to Egypt. They told me that if I agreed to be extradited to Egypt I would be sent to Egypt in a week or less. I refused and said that I would only leave Dubai to return to the United States. I knew that if I went to Egypt I would be killed or tortured.

19. On November 8, 2022, I met via Skype video conference with Ismail Madani, a Dubai public prosecutor who worked as Dubai Central Jail's Interpol Liaison. The Skype screen indicated that the interview was being recorded. As Interpol Liaison, Madani had special access to Interpol's databases. During the meeting, Madani told me that my arrest was based on an Interpol Red Notice issued at Egypt's request and that the extradition request was related to an open criminal case stemming from my conduct in Egypt in 2019. I had not traveled to Egypt since

2004 and traveled internationally to other countries several times since 2019 with no issue or notification of any Interpol Red Notice. Madani could not explain why no Red Notice was triggered when I traveled to Dubai and went through passport control numerous times since 2019.

20. Madani told me that I had been charged with inciting violence against government institutions. Madani never showed me the charging document from the Egyptian government.

21. After I met with Madani, the facility officials took me and eight other inmates, who all told me that they had been detained due to Interpol Red Notices, to the Dubai Central Jail. I did not receive any further information about my detention at that time and I was not permitted to call my family or an attorney.

22. My family was concerned when they learned that I had been detained by an Interpol Red Notice because Interpol's president, Al-Raisi, had been investigated for torture.

23. On or around November 17, 2022, Interpol and AIMC met virtually and AIMC agreed to issue its own Red Notice to provide justification for my imprisonment. Al-Nahyan attended the meeting and participated in the decision to change the Red Notice narrative.

24. During my imprisonment, I lived in constant terror, fearing that I would be extradited against my will at any moment.

25. During my imprisonment, I was denied access to my family. Over time, my family became increasingly fearful.

26. On December 22, 2022, three plainclothes officers told me that they had received a "message from above" that I would be released. They did not provide any explanation about who made the decision or what happened with any Red Notice lodged against me. I was not provided any information supporting that any "official" case had been closed. It became more clear to me that I had been kidnapped and that the use of Red Notices, liaisons, and rationales, and UAE law

enforcement's "official" facilities and personnel were tools in a sham scheme to make my kidnapping look like a legitimate arrest when really it was an act of terrorism.

27. I do not know why I was kidnapped, other than to instill fear in me and other political dissenters for our expressions against Egypt.

28. Beginning around January 2023, I have received treatment biweekly from a psychologist for post-traumatic stress. Each time I step out of my home, I feel panicked and experience debilitating anxiety. I have experienced severe mental anguish and extensive emotional pain and suffering.

29. Due to my kidnapping, my business has been significantly harmed. One investor, who was based part-time in Dubai, saw my story in the news and pulled his commitment to invest $250,000 in my business. I have not yet replaced his investment. Additionally, because of the trauma that I endured while detained, it has been extremely difficult for me to focus on building my business.

30. My sister is afraid to associate with me and has not spoken to me since I returned to the United States. Several friends and colleagues worry of retaliation if they associate with me and have abandoned me.

31. For months I feared participating in political activism, but I intend to resume advocating for democratic principles in Egypt and against el-Sisi's regime, including on social media platforms. I routinely traveled abroad to visit my family in Dubai and elsewhere prior to my kidnapping and I intend to resume international travel, as consistent with my prior travel patterns, to see family and to continue advocacy at global summits.

_____
Sherif Osman     7/8/23

Sworn to before me on this

18th day of July, 2023

_____

Notary Public

