# EXHIBIT 2

| | Public Prosecution | Government of Dubai |
|---|---|---|
| [logo:] | PUBLIC PROCECUTION | GOVERNMENT OF DUBAI |

| | | EN | | Enter ☐ |
|---|---|---|---|---|

| List | ☐ Cases | ☐ Case Inquiry |
|---|---|---|

138 / extradition / 2022 ☐

☐ Main information

| Status | Under investigation | Classification | Misdemeanor |
|---|---|---|---|

| Police Station | No center |
|---|---|
| Member of the Prosecution | Ismail Ali Madani |
| Judicial Department | |
| Judge | |
| Secretary | |
| Date of first hearing | |
| Report Number | /116 |
| Location | Headquarters ☐ |
| Report Date | Nov 08, 2022 |
| History of the inquiry | Nov 08, 2022 |
| Date of decision | |
| Date of next hearing | |
| Date of Judgment | |

☐ Related cases

- No related cases-

Charges

**Charge**
Encouraging or inciting by publishing information on the internet or through means of information technology and not complying with the state's legislation in force.

Charges after judgment
- No Charges recorded -

| Public Prosecution Dubai | | Interaction | |
|---|---|---|---|
| About the Prosecution | ☐ | Contact Us | ☐ |
| Prosecutor-General's speech | ☐ | Share your opinion | ☐ |
| Vision and Mission | ☐ | Frequently asked questions | ☐ |
| Strategic Plan | ☐ | Sitemap | ☐ |
| Organizational structure | ☐ | Security and Privacy Policy | ☐ |
| Annual Report | ☐ | Terms and Conditions | ☐ |
| Careers | ☐ | Customer Service Guide | ☐ |
| News | ☐ | Customer happiness charter | ☐ |
| Suggestions | ☐ | Policies and Certifications | ☐ |
| Contact Us | | | |

| ☐ 4 million followers | ☐ 14 service channels | ☐ 18 strategic partnerships |
|---|---|---|

| Updates ☐ | Average ☐ |
|---|---|

☐ ☐ ☐ ☐ ☐

| [logo:] Smart survey **smart**.survey | [logo:] Electronic Suggestions **e**.suggest | [logo:] **e**.complain |
|---|---|---|

[text cut-off] as of ☐ November 26, 2022 ☐ 11:36 | All rights reserved
The Public Prosecution © The site is administered by the Public Prosecution