IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF OSMAN<br><br>     Plaintiff,<br><br>     v.<br><br>INTERNATIONAL CRIMINAL POLICE ORGANIZATION, THE ARAB INTERIOR MINISTERS COUNCIL, EGYPT, ADBEL FATTAH EL-SISI, UNITED ARAB EMIRATES, AHMED NASSER AL-RAISI, SAIF BIN ZAYED AL NAHYAN, ISMAIL ALI MADANI, JOHN DOES 1-4,<br><br>     Defendants. | Case No. 1:23-cv-02108-TJK |

**DECLARATION OF GINGER ANDERS IN SUPPORT OF DEFENDANT
INTERNATIONAL CRIMINAL POLICE ORGANIZATION'S MOTION TO DISMISS**

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

  1.  I am a partner at the firm Munger, Tolles & Olson LLP, and counsel for Defendant International Criminal Police Organization-INTERPOL ("INTERPOL") in the above-captioned matter. I am admitted to practice law in the District of Columbia. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein. I respectfully submit this declaration in support of INTERPOL's Motion to Dismiss.

  2.  I am informed that on October 6, 2023, INTERPOL received a package addressed from the Clerk of this Court delivered by FedEx. The package included a request that INTERPOL waive service within 90 days of September 29, 2023. The request to waive formal service states that it is not a summons. A copy of the summons and complaint was attached to this request.

  3.  I am informed that on November 28, 2023, a member of the French National Police approached security officers at INTERPOL's headquarters in Lyon, France. The security officers reported that the police officer was seeking to serve a document that seemed to be a complaint by "Sheriff Ousmane." No further information was provided to the security officers because the police officer was told only to serve INTERPOL. The security officers refused service.

1

4. Attached as <u>Exhibit A</u> is a true and correct copy of excerpts of Charter of the United Nations: Report to the President on the Results of the San Francisco Conference by the Chairman of the United States Delegation, The Secretary of State ("San Francisco Report"), published by the U.S. Department of State as Publication 2349, Conference Series 71, on June 26, 1945, acquired from https://babel.hathitrust.org/cgi/pt?id=uiug.30112046487697; view=1up;seq=161.

5. Attached as <u>Exhibit B</u> is a true and correct copy of the Constitution of the International Criminal Police Organization-INTERPOL, acquired from https://www.interpol.int/content/download/590/file/01%20E%20CONSTITUTION%2011%202020 21.pdf.

6. Attached as <u>Exhibit C</u> is a true and correct copy of a page of INTERPOL's website titled, "What is INTERPOL?," acquired from https://www.interpol.int/en/Who-we-are/What-is-INTERPOL.

7. Attached as <u>Exhibit D</u> is a true and correct copy of the Rules on the Processing of Data, adopted by the INTERPOL General Assembly to govern INTERPOL's color-coded notice system, acquired from https://www.interpol.int/en/content/download/5694/file/24%20E%20RPD%20UPDATE%207%202011%2019_ok.pdf.

8. Attached as <u>Exhibit E</u> is a true and correct copy of a page of INTERPOL's website titled, "About Red Notices," acquired from https://www.interpol.int/en/How-we-work/Notices/Red-Notices.

9. Attached as <u>Exhibit F</u> is a true and correct copy of the Statute of the Commission for the Control of INTERPOL's Files, acquired from https://www.interpol.int/content/download/5695/file/Statute%20of%20the%20CCF-EN.pdf.

10. Attached as <u>Exhibit G</u> is a true and correct is a true and correct copy of a page of the Naif Arab University for Security Science's (NAUSS) website titled, "Arab Interior Ministers Council," acquired from https://nauss.edu.sa/en-us/about-nauss/Pages/arab-Interior-ministers.aspx. NAUSS's website indicates that "[i]t is the academic body of the Arab Interior Ministers Council."

11. Attached as <u>Exhibit H</u> is a true and correct copy of a page of INTERPOL's website titled, "Member countries," acquired from https://www.interpol.int/en/Who-we-are/Member-countries.

12. Attached as <u>Exhibit I</u> is a true and correct copy of Executive Order No. 12,425.

13. Attached as <u>Exhibit J</u> is a true and correct copy of Executive Order No. 12,971.

14. Attached as <u>Exhibit K</u> is a true and correct copy of Executive Order No. 13,524.

15. Attached as <u>Exhibit L</u> is a true and correct copy of a page of the U.S. Department of State website titled, "State Sponsors of Terrorism," acquired from https://www.state.gov/state-sponsors-of-terrorism/.

16. Attached as <u>Exhibit M</u> is a true and correct copy of the Memorandum of Understanding between the U.S. Department of Homeland Security and the U.S. Department of Justice Pertaining to U.S. Membership in the International Criminal Police Organization (INTERPOL), Management of the INTERPOL-U.S. National Central Bureau, and Related Matters, acquired from https://www.justice.gov/sites/default/files/interpol-washington/legacy/2012/04/30/doj-dhs-mou-addendum-usncb-signed-7-19-10.pdf.

17. Attached as <u>Exhibit N</u> is a true and correct copy of a page of the U.S. Department of Justice website titled, "Organization Mission and Functions Manual: INTERPOL – United States National Central Bureau," acquired at https://www.justice.gov/doj/interpol-united-states-national-central-bureau.

18. Attached as <u>Exhibit O</u> is a true and correct copy of a page of INTERPOL's website titled, "Contact INTERPOL," acquired from https://www.interpol.int/en/Contacts/Contact-INTERPOL.

19. Attached as <u>Exhibit P</u> is a true and correct copy of the Agreement Between the International Criminal Police Organization – INTERPOL and the Government of the French Republic Regarding INTERPOL's Headquarters in France ("Headquarters Agreement"), acquired from https://www.interpol.int/content/download/6815/file/Agreement%20between%20ICPO-INTERPOL%20and%20France.pdf.

Executed on this 18th day of December 2023, at Washington, D.C.

*/s/ Ginger D. Anders*
Ginger D. Anders

3

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.3, I hereby certify that on December 18, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which served copies on all counsel of record in the case.

DATED: December 18, 2023 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ginger D. Anders*
　　　　　　　　　　　　　　　　　　　　　　　Ginger D. Anders