UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF OSMAN<br><br>               Plaintiff,<br><br>-against-<br><br>INTERNATIONAL CRIMINAL POLICE ORGANIZATION, THE ARAB INTERIOR MINISTERS COUNCIL, EGYPT, ADBEL FATTAH EL-SISI, UNITED ARAB EMIRATES, AHMED NASSER AL-RAISI, SAIF BIN ZAYED AL NAHYAN, ISMAIL ALI MADANI, JOHN DOES 1-4,<br><br>               Defendants. | Case No. 1:23-cv-02108-TJK<br><br>Hon. Timothy J. Kelly |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERNATIONAL CRIMINAL POLICE ORGANIZATION'S MOTION TO DISMISS**

Plaintiff Sherif Osman, through undersigned counsel, respectfully moves this Court to enter the Proposed Order submitted with this motion, which (1) extends the time for Plaintiff to respond to Defendant International Criminal Police Organization's ("Defendant Interpol") Motion to Dismiss the Complaint to January 25, 2024 (Dkt. 27); and (2) sets a deadline for Defendant Interpol to file a reply, if any, in further support of the Motion to Dismiss to February 15, 2024.

Defendant Interpol filed a Motion to Dismiss on December 18, 2023.[1] Pursuant to Local Civil Rule 7(b), Plaintiff's Opposition to Defendant Interpol's Motion to Dismiss is currently due

---

[1] Counsel experienced an issue with PACER notifications and was unaware of the filing until December 20, 2023. Due to this issue with PACER notifications, counsel was also unaware of the Court's Minute Order dated November 20, 2023 requesting additional briefing on Plaintiff's Motion for Service by Alternative Methods (Dkt. 19). We apologize deeply and will address the Court's questions posed in the Minute Order in any renewed motion. We have resolved the issue and implemented other internal processes as a contingency to ensure this does not happen again.

January 1, 2024.  Plaintiff moves to extend the deadline to January 25, 2024 in light of the Christmas and New Year holidays and undersigned counsel's prior case commitments.

The extension does not affect any other deadlines in this matter.  This is Plaintiff's first request for an extension to respond to the Motion to Dismiss.  Defendant Interpol's counsel has informed undersigned that it consents to this motion.

Dated: New York, New York
      December 26, 2023

WALDEN MACHT & HARAN LLP

By: _____

Jim Walden (DC Bar #NY0548)
Avni Patel (admitted pro hac vice)
Deanna Paul (admitted pro hac vice)
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030