UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF OSMAN<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>INTERNATIONAL CRIMINAL POLICE ORGANIZATION, THE ARAB INTERIOR MINISTERS COUNCIL, EGYPT, ADBEL FATTAH EL-SISI, UNITED ARAB EMIRATES, AHMED NASSER AL-RAISI, SAIF BIN ZAYED AL NAHYAN, ISMAIL ALI MADANI, JOHN DOES 1-4,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-02108-TJK<br><br>Hon. Timothy J. Kelly |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i), Plaintiff Sherif Osman, by and through his undersigned counsel, hereby gives notice of his voluntary dismissal of this case without prejudice. No Defendant has yet served an answer or moved for summary judgment in this case. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Dated: New York, New York
　　　　January 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　WALDEN MACHT & HARAN LLP

　　　　　　　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　　　　Jim Walden (DC Bar #NY0548)
　　　　　　　　　　　　　　　　　　　　　　　Avni Patel (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　　Deanna Paul (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　　250 Vesey Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　　　　　　　(212) 335-2030